O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 11-01078-RGK |
| Plaintiff, ) | |
| v. ) | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF |
| CESAR RUIZ, ) | SUPERVISED RELEASE |
| Defendants. ) | |

On December 17, 2018, the matter came on for Revocation of Supervised Release. Appearing on behalf of the Defendant was CJA, Angel Navarro and appearing on behalf of the Government was Assistant United States Attorney Christine Ro. Also present was United States Probation Officer Joseph Carlos.

The defendant denied the truthfulness of the allegation contained in the Petition on Probation and Supervised Release, filed on August 31, 2018.

Counsel present argument. The defendant does not address the Court.

//

//

1 | The Court finds the defendant is not in violation of the terms
2 | and conditions of supervised release.
3 | The defendant is hereby ORDERED RELEASED FORTHWITH
4 | (Release No. 13325) from the custody of the Bureau of Prisons.
5 | Upon release from custody in this matter, the defendant shall
6 | remain on supervised release under the same terms and conditions
7 | originally imposed with the following additional conditions:
- The offender shall participate for a period of 180 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.
- The offender shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment. The cost of location monitoring shall be waived.
- The offender shall submit his person, residence, office, vehicle, or other area under the offender's control, to a search, conducted by a United States Probation Officer or other law enforcement officer under the direction and control of the Probation Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the offender shall warn any other residents that

//
//
//

the premises may be subject to searches pursuant to this condition.

IT IS SO ORDERED.

Dated: December 17, 2018

R. GARY KLAUSNER
U.S. District Judge

FILED:

KIRY K. GRAY, CLERK OF COURT

by: _____/s/_____
    Patricia Gomez
    Deputy Clerk